[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-14317
Non-Argument Calendar

_____

D.C. Docket No. 2:15-cr-00066-LSC-HGD-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCOS ANTONIO BACA-CAMPAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(November 29, 2016)

Before MARCUS, JILL PRYOR and FAY, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Marcos Baca-Campas in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Baca-Campas's conviction and sentence are **AFFIRMED**.